UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20299-CIV-UNGARO

STUART DUANE AURICH,
    Plaintiff,
v.

TIM YOUNGQUIST, *et al*,
    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's complaint filed against the above named Defendants. (D.E. 1.) The matter was referred to Magistrate Judge White, who on February 13, 2008 issued a Report recommending that the Complaint be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. (D.E. 4.) The matter is ripe for disposition and no objections to the Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ day of April, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Stuart Duane Aurich, *pro se*